**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————
www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                        415.522.2000

**March 5, 2012**

**CASE NUMBER:  CV 12-01014 JSC**
**CASE TITLE:  MARYLAND CASUALTY COMPANY-v-NORTH AMERICAN**
**CAPACITY INSURANCE COMPANY**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable William H. Alsup** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 3/5/12

FOR THE EXECUTIVE COMMITTEE:

_____
                                                        Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                      Entered in Computer 3/5/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                            Transferor CSA