IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY and ASSURANCE COMPANY OF AMERICA,<br><br>    Plaintiffs,<br><br>  v.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>    Defendant.<br>                                  / | No. C 12-01014 WHA<br><br>**ORDER DENYING STAY OF ACTION** |

    This insurance coverage action, filed in state court on November 2, 2011, was removed to federal court on February 29, 2012. The parties have submitted a stipulation and proposed order to stay proceedings in this action for 120 days, until August 25, 2012, in order to provide the parties an opportunity to resolve the action informally. The parties may continue to engage in efforts to resolve this action, but this case will continue to move forward and a case management schedule will be put in place at the upcoming case management conference. The request for a stay is **DENIED**.

    **IT IS SO ORDERED.**

Dated: May 3, 2012.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE